

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellant has filed another motion asking this court to "dismiss" the contest to her affidavit of indigency filed by appellee. On February 23, 2015, we rendered an order stating appellant is deemed indigent, and therefore, appellant need not continue to challenge appellee's contest to her affidavit. The matter has been decided in her favor. We also rendered an order on February 23, 2015, with regard to essentially the same motion. Accordingly, as in our order of February 23, 2015, we **DENY AS MOOT** appellant's motion to dismiss the contest.

We advise appellant that both the clerk's record and the reporter's record have been filed. Accordingly, appellant's brief is due in this court on March 27, 2015. We further advise appellant that her brief must comport with the Texas Rules of Appellate Procedure, specifically Rule 38.1. We recognize that appellant represents herself on appeal, i.e., she is acting pro se. However, the law is clear that pro se litigants are held to the same standards as licensed attorneys and must comply with all applicable rules of procedure, including the rules governing appellate briefs. *Valadez v. Avitia*, 238 S.W.3d 843, 845 (Tex. App.—El Paso 2007, no pet.). A pro se litigant is required to properly present her case on appeal just as she is required to properly present her case to the trial court. *Id.* Accordingly, we will not apply different standards merely because an appeal is brought by a litigant acting without advice of counsel. *Id.* Appellant is advised that if her brief fails to comply with the applicable rules, her appellate issues could be deemed waived due to inadequate briefing.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2015.



Keith E. Hottle
Clerk of Court